# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTONIEL SOLORIO-HURTADO,<br>Petitioner,<br>v.<br>TODD M. LYONS, et al.,<br>Respondents. | Case No. 1:26-cv-02494-KES-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 2, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On April 4, 2026, Respondents filed an opposition to injunctive relief and an answer to the petition. (ECF No. 8.) On April 8, 2026, Petitioner filed a response to Respondents' opposition and a traverse. (ECF No. 9.) On July 15, 2026, the assigned district judge denied the motion for TRO and referred the petition "to the assigned magistrate judge for consideration." (ECF No. 10.)

Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file an additional brief or a notice that they will rest on the previously submitted briefs; and

///

2. Within thirty (30) days of the date of service of Respondents' additional brief or notice (or the expiration of the time for Respondents to file their brief or notice), Petitioner may file an additional brief.

IT IS SO ORDERED.

Dated: **July 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge